United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GUTIERREZ,<br><br>　　　　　Defendant. | Case No. 19-cv-04726-HSG<br><br>**ORDER** |

The Court has been informed that plaintiff's current address is as follows:

> Guillermo Trujillo Cruz, #AA2974
> Pelican Bay State Prison
> P.O. Box 7500
> Crescent City, CA 95532

The Clerk is directed to update the docket to reflect plaintiff's current address. The Clerk shall also send a courtesy copy of Docket No. 9, the Order of Service, to this new address. Plaintiff is reminded that he must promptly inform the Court of any change of address. Plaintiff must file a notice of change of address in every pending case every time he is moved to a new facility. Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) or the Northern District of California Local Rule 3-11.

**IT IS SO ORDERED.**

Dated: 1/6/2020

　　　　　　　　　　　　　　　　　　　　　_/s/ Haywood S. Gilliam, Jr._
　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge