UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>      Plaintiff,<br><br>    v.<br><br>GUTIERREZ,<br><br>      Defendant. | Case No. 19-cv-04726-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice. Judgment shall be entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 4/28/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge